Decided March 15, 1995

## JAMES W. LASH, ADMINISTRATOR (ESTATE OF MICHAEL LASH) *v.* AETNA CASUALTY AND SURETY COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 623 (AC 12975), is granted, limited to the following issues:

"1. Whether a person killed in a multivictim automobile collision, who recovers only $118,373.50 from the tortfeasor's liability insurance policy, qualifies for underinsured motorist coverage under either his $500,000 underinsured motorist policy or his $200,000 underinsured motorist policy.

"2. Whether a person killed in a multivictim automobile collision, who recovers only $118,373.50 from the tortfeasor's liability insurance policy, should be entitled to recover underinsured motorist coverage based on his aggregated underinsured motorist policies, for which separate premiums were paid, with total available coverage limits of $845,000.

"3. Whether this court's decisions in *American Motorists Ins. Co.* v. *Gould,* 213 Conn. 625 (1990), and/or *Covenant Ins. Co.* v. *Coon,* 220 Conn. 30 (1991), should be abandoned or reconsidered.

"4. Whether the underinsured motorist statute at issue in this case, General Statutes § 38a-336 (d), is unconstitutional as interepreted in *Gould* and *Coon* and applied to the facts of this case."

The Supreme Court docket number is SC 15223.

*Howard A. Jacobs* and *David T. Grudberg,* in support of the petition.

*Philip F. von Kuhn, Thomas J. Flanagan, Ruth Beardsley* and *Frank J. Forgione,* in opposition.

Decided March 15, 1995